S. M. DONNELL *v.* WILLIAM E. KNOX, ET AL.

**Animals—Sheep Killed by Dogs—Action For Damages—Petition.**

    In an action for damages for sheep killed by dogs the petition must allege that the owner of the dogs had received the notice required by the statute, or that his dogs had killed and wounded sheep before.

APPEAL FROM NICHOLAS CIRCUIT COURT.

January 5, 1871.

OPINION OF THE COURT BY JUDGE LINDSAY:

The 3rd section of the Act of January 31st, 1865, provided "That every person owning, having or keeping any dogs, shall be liable to the party injured for all damages done by such dog." By an Act approved March 9th, 1868, this Statute was so amended as to provide that the person owning, having or keeping "dogs by which sheep are killed or injured, shall *not* be liable to the party injured for damages, unless he shall have received previous notice that his dog or dogs have killed or wounded sheep."

The sheep, for the value of which this action was brought, were killed after the passage of this last act. The petition does not allege and the proof wholly failed to show that either one of the owners of the dogs had received the notice required, or that their dogs had ever killed or wounded sheep before the occasion complained of. The peremptory instruction by the court to the jury to find for the defendant was warranted by the appellant's proof.

Judgment *affirmed*.

*Ross,* for appellant.

*Phister, Hargis,* for appellee.